FILED

MAY 3 0 2008

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>08cr0828JLS</u> |
| | ) | |
| Plaintiff, | ) | S U P E R S E D I N G |
| | ) | I N F O R M A T I O N |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| JOSE CARMEN RIVAS-CHAVEZ T/N | ) | Illegal Entry (Misdemeanor); |
| aka CARLOS JAVIER-RIVAS, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about  3-25-07  , within the Southern District of California, defendant JOSE CARMEN RIVAS-CHAVEZ , being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

5/30/08

<u>Count 2</u>
2008 cJR

On or about February 21, within the Southern District of California, defendant JOSE CARMEN RIVAS-CHAVEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 30, 2008 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

2