AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

JOSE CARMEN RIVAS-CHAVEZ

CASE NUMBER: 08CR0828-JLS

**FILED**
MAY 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, __JOSE CARMEN RIVAS-CHAVEZ__, the above named defendant, who is accused of

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);
Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/30/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd

